IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Alice Standifer,** § | | |
| *Plaintiff,* § | | |
| § | 6:23-CV-00022-ADA | |
| **v.** § | | |
| § | | |
| **Dolgencorp of Texas, Inc.,** § | | |
| *Defendant.* § | | |
| § | | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 7. The Report recommends that this Court grant Plaintiff's Motion to Remand (ECF No. 5) be granted and this case be remanded to the 414th Judicial District Court in McLennan County, Texas. The Report and Recommendation was filed on April 18, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant filed objections on May 3, 2023. ECF No. 8. The Court has conducted a *de novo* review of the motion to remand, the responses, the report and recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske, ECF No. 7, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's objections are **OVERRULED**.

**IT IS FINALLY ORDERED** that Plaintiff's Motion to Remand (ECF No. 5) is **GRANTED** and this case is **REMANDED to the 414th Judicial District Court in McLennan County, Texas**.

SIGNED this 22nd day of September, 2023.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**